RAND *v.* MERCHANTS' DESPATCH TRANSPORTATION CO.

In an action referred by agreement under Laws of 1877, *c.* 20, *s.* 1, there is no right of review.

NOTICE of review, returnable at the October term, 1880. Motion by the defendants to dismiss. The writ in the original action was dated September 20, 1877, and entered at the April term, 1878, the *ad damnum* being $250. At the October term, 1878, the action was referred by agreement, and at the April term, 1880, judgment was rendered on the referee's report. The plaintiff claims the right of review.

*Rolfe*, for the plaintiff.

*A. F. Stevens* and *Chase & Streeter*, for the defendants.

ALLEN, J. By the statute in force when the action was referred, it was provided that, in actions in which the parties should agree to a reference, judgment on the report of the referees should be final and conclusive. Laws of 1876, *c.* 35, *s.* 1 ; Laws of 1877, *c.* 20, *s.* 1. By agreeing to a reference, the plaintiff accepted all the provisions of the statute under which the reference was made, and waived the right of review. *Parker* v. *Burns*, 57 N. H. 602 ; *Deverson* v. *Railroad*, 58 N. H. 129 ; *Smith* v. *Fellows*, 58 N. H. 169 ; *Garland* v. *Towne*, 58 N. H. 187 ; *Daniels* v. *Lebanon*, 58 N. H. 284.

*Dismissed.*

DOE, C. J., did not sit : the others concurred.